PAMELA E. COGAN (SBN 105089)
ALEXIS F. KENT (SBN) 267800
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com, akent@rmkb.com

Attorneys for Defendant,
ONEBEACON AMERICA INSURANCE COMPANY

WILLIAM GREEN (SBN 129816)
SHARON DELFINO GREEN (SBN 133703)
JENNIFER DE LA CAMPA (SBN 236524)
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-8202

Attorneys for Plaintiff
DONALD MONTGOMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>ONEBEACON AMERICA INSURANCE COMPANY; and DOES 1-100,<br>Defendants. | CASE NO. C 11-02983 JSW<br><br>(Formerly Contra Costa County Superior Court Case No. C 11-01104)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ARBITRATION STAYING MATTER PENDING ARBITRATION** |

  **WHEREAS**, this action involves claims pertaining to an insurance policy which provides that any contest under the policy will be settled by arbitration administered by the American Arbitration Association,

  **WHEREAS**, there is a Case Management Conference set for September 30, 2011, at 1:30 p.m.,

  **IT IS HEREBY STIPULATED** by and between Plaintiff Donald Montgomery and

1  Defendant OneBeacon America Insurance Company, through their respective attorneys of record,
2  that the Court order that the parties arbitrate their dispute in accordance with the terms of the
3  policy.
4      **IT IS FURTHER STIPULATED** that the Court vacate all dates currently on calendar,
5  including the Case Management Conference currently set for September 30, 2011, pending
6  conclusion of the arbitration proceedings.
7      **IT IS SO STIPULATED**.

8
9  Dated:  September 23, 2011            DELFINO GREEN & GREEN
10
11                                       By: *William Green*
12                                           WILLIAM GREEN
                                             Attorneys for Plaintiff, DONALD
                                             MONTGOMERY
13  Dated:  September 23, 2011            ROPERS, MAJESKI, KOHN & BENTLEY
14
15                                       By: *Pamela E. Cogan*
16                                           PAMELA E. COGAN
                                             ALEXIS F. KENT
17                                           Attorneys for Defendant, ONEBEACON
                                             AMERICA INSURANCE COMPANY
18
19
                                         **ORDER**
20
21      **IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the parties arbitrate
22  their dispute in accordance with the terms of the insurance policy at issue.
23      **IT IS FURTHER ORDERED** that all dates currently on calendar are hereby
24  **VACATED** pending conclusion of the arbitration proceedings.
25  This matter is STAYED pending resolution of arbitration. The parties shall submit updates every 120 days to inform the Court of the status of the arbitration proceedings.
26
27  Dated: September 26, 2011            Hon. Jeffrey S. White
28

RC1/6140504.1/AFK            - 2 -        STIP AND [PROPOSED] ORDER FOR
                                          ARBITRATION, CASE NO. CV 11-2983 JSW