PAMELA E. COGAN (SBN 105089)
ALEXIS F. KENT (SBN) 267800
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pcogan@rmkb.com, akent@rmkb.com

Attorneys for Defendant,
ONEBEACON AMERICA INSURANCE COMPANY

WILLIAM GREEN (SBN 129816)
SHARON DELFINO GREEN (SBN 133703)
JENNIFER DE LA CAMPA (SBN 236524)
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-8202

Attorneys for Plaintiff
DONALD MONTGOMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD MONTGOMERY,<br><br>        Plaintiff,<br><br>v.<br><br>ONEBEACON AMERICA INSURANCE COMPANY; and DOES 1-100,<br>        Defendants. | CASE NO. C 11-02983 JSW<br><br>(Formerly Contra Costa County Superior Court Case No. C 11-01104)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ARBITRATION STAYING MATTER PENDING ARBITRATION** |

**WHEREAS**, this action involves claims pertaining to an insurance policy which provides that any contest under the policy will be settled by arbitration administered by the American Arbitration Association,

**WHEREAS**, there is a Case Management Conference set for September 30, 2011, at 1:30 p.m.,

**IT IS HEREBY STIPULATED** by and between Plaintiff Donald Montgomery and

RC1/6140504.1/AFK

STIP AND [PROPOSED] ORDER FOR ARBITRATION, CASE NO. CV 11-2983 JSW

Defendant OneBeacon America Insurance Company, through their respective attorneys of record, that the Court order that the parties arbitrate their dispute in accordance with the terms of the policy.

**IT IS FURTHER STIPULATED** that the Court vacate all dates currently on calendar, including the Case Management Conference currently set for September 30, 2011, pending conclusion of the arbitration proceedings.

**IT IS SO STIPULATED**.

Dated: September 23, 2011                    DELFINO GREEN & GREEN

By: *William Green*
WILLIAM GREEN
Attorneys for Plaintiff, DONALD MONTGOMERY

Dated: September 23, 2011                    ROPERS, MAJESKI, KOHN & BENTLEY

By: *Pamela E. Cogan*
PAMELA E. COGAN
ALEXIS F. KENT
Attorneys for Defendant, ONEBEACON AMERICA INSURANCE COMPANY

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the parties arbitrate their dispute in accordance with the terms of the insurance policy at issue.

**IT IS FURTHER ORDERED** that all dates currently on calendar are hereby **VACATED** pending conclusion of the arbitration proceedings.
This matter is STAYED pending resolution of arbitration. The parties shall submit updates every 120 days to inform the Court of the status of the arbitration proceedings.

Dated: September 26, 2011                    Hon. Jeffrey S. White