# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DONALD MONTGOMERY,

      Plaintiff,

     vs.

ONEBEACON AMERICA INSURANCE
COMPANY,

      Defendant.

Case No.: C-11-02983-YGR

ORDER REQUIRING PARTIES FILE
STATUS UPDATES EVERY 120-DAYS

     Consistent with the September 26, 2011, Order issued by Judge White, the parties shall continue to submit updates to the Court every 120 days to inform the Court of the status of the arbitration proceedings.

     **IT IS SO ORDERED.**

February 8, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California