# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MONTGOMERY,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEBEACON AMERICA INSURANCE COMPANY,<br><br>    Defendant. | Case No.: C-11-02983-YGR<br><br>ORDER REQUIRING PARTIES FILE STATUS UPDATES EVERY 120-DAYS |

Consistent with the September 26, 2011, Order issued by Judge White, the parties shall continue to submit updates to the Court every 120 days to inform the Court of the status of the arbitration proceedings.

**IT IS SO ORDERED.**

February 8, 2012

                                      _____
                                      **YVONNE GONZALEZ ROGERS**
                                      **UNITED STATES DISTRICT COURT JUDGE**